IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00009-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BENJAMIN GODWIN SWANSON | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion for the return of non-forfeited property, pursuant to Fed. R. Crim. 41(g), (Doc. No. 37), and the government's response, (Doc. No. 40).

The defendant seeks the return of an iPod Nano and an Xbox One seized by state law enforcement officers that were not subject to the forfeiture Order. (Doc. No. 37: Motion at 1). The government states that after the filing of the motion, the investigating agency returned the items to the defendant. (Doc. No. 33: Response at 1).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 37), is **DISMISSED as moot**.

Signed: September 5, 2023

Robert J. Conrad, Jr.
United States District Judge